IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-21225
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RAUL DE LA CERDA-GUERRERO,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-01-CR-81-1
--------------------
October 30, 2002

Before DeMOSS, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

Appointed counsel for Raul De La Cerda-Guerrero has requested leave to withdraw as counsel and has filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967). Cerda-Guerrero has received a copy of counsel's motion and brief and has filed a response, challenging the legality of his indictment, his guilty plea, and his sentence. Our independent review of the brief, the record, and Cerda-Guerrero's response

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

discloses no nonfrivolous issue.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.  Cerda-Guerrero's motion for appointment of new counsel is DENIED.